USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/2026

**MEMO ENDORSED**

**MIRIAM TAUBER LAW**
885 Park Ave. 2A • New York NY 10075
MiriamTauberLaw@gmail.com • (323) 790-4881

October 29, 2026

**Via ECF**
Hon. Valerie E. Caproni, U.S.D.J. (S.D.N.Y.)

Re: *Donoghue v. NextBoat Inc.* (f/k/a *Off the Hook YS Inc.)*, et. al., No. 26-cv-7537 (VEC)

**Request for 2-Week Adjournment of Initial Pre-Trial Conference**
(and Related Joint Letter and Case Management Plan Submission Deadline)

Your Honor:

I am one of Plaintiff's counsel in this shareholder suit brought on behalf of Nominal Defendant NextBoat Inc. (*f/k/a* Off the Hook YS Inc.), under §16(b) of the Securities Exchange Act of 1934, as amended (the "Act"), 15 U.S.C. §78p(b), to recover short swing profits realized by Defendant Brian John, as CEO and a statutory "insider" of NextBoat, from trading NextBoat securities.

Plaintiff served the Defendant and Nominal Defendant at the Company's offices on September 10, 2026, with a copy of the summons, Complaint, and the Court's Initial Pre-Trial Conference Order (Dkt. 6). An answer or response to the Complaint was due on October 1, 2026. Neither Defendant has filed any Answer or response or otherwise appeared in the case.

In connection with today's deadline for submission of the Joint Letter and Case Management Plan required by the Court's Order and in advance of the Conference scheduled for next week, I called Clint Duckworth, who indicated acceptance of service for both the Defendant and the Company/Nominal Defendant. Mr. Duckworth referred me to the Company's Chief Legal Counsel Paul Griffin, and we conferred by phone earlier today.

Mr. Griffin confirmed that the Company is now in receipt of the Complaint and IPTC Order, which will also be forwarded to the Defendant or his counsel; that counsel for all parties are expected to enter their appearances in the case within two weeks; and agreed to Plaintiff's proposal to request permission to file the Joint Letter and Case Management Plan by **November 12, 2026**.

This is the first request for an extension of any deadline in this case.

Respectfully submitted,

/s/ Miriam Tauber
Miriam Tauber (MT-1979)
David Lopez
*Attorneys for Plaintiff*

cc (by email):
Paul Griffin
Chief Legal Counsel, NextBoat Inc.
paulgriffin@nextboat.com

The conference currently scheduled for Friday, November 6, 2026, is adjourned *sine die*.

Plaintiff's request is denied without prejudice, subject to Defendant filing a notice of appearance.

Plaintiff must move for default judgment, in accordance with Attachment A of the Undersigned's Individual Rules of Practice in Civil Cases, **no later than November 18, 2026**, if Defendant has not appeared and been granted an adjournment of its time to respond by that date.

SO ORDERED. 11/4/2026

Valerie Caproni

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE